```
┌─────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│            CIVIL DOCKET ENTRIES FOR CASE F99-0025--CV (JWS)             │
│              "JOHN HARBRIGE V NORTH SLOPE BOROUGH ET AL"                │
├─────────────────────────────────────────────────────────────────────────┤
│          Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/25/99
           Closed: 06/17/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/25/99 receipt # 40098987
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HARBRIGE, JOHN | Kenneth L. Covell<br>712 8th Avenue<br>Fairbanks, AK 99701<br>907-452-4377<br>FAX 907-451-7802 |
| DEF 1.1 | NORTH SLOPE BOROUGH | William A. Earnhart<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 2.1 | NAGEAK, BENJAMIN | William A. Earnhart<br>(see above) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE F99-0025--CV (JWS)
                         "JOHN HARBRIGE V NORTH SLOPE BOROUGH ET AL"

                                    For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 08/25/99
             Closed: 06/17/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 08/25/99 receipt # 40098987
           Trial by: Jury


Document #    Filed      Docket text

     1 -  1  08/25/99   Complaint filed; Summons issued.

     2 -  1  08/25/99   PLF 1 Jury Demand.

     3 -  1  09/02/99   JKS Minute Order that by agreement of the judges this case is reassigned
                        to Judge Sedwick for all further proceedings.  Use case number F99-0025
                        CV (JWS) on all future filings. cc: cnsl, Judge Sedwick

     4 -  1  09/09/99   DEF 1-2 Attorney Appearance.

     5 -  1  10/06/99   DEF 1-2 Answer to Complaint.

     6 -  1  10/12/99   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

     7 -  1  11/02/99   PLF 1; DEF 1-2 Stipulation of the parties re: report of the parties on
                        11/5/99.

     7 -  2  11/08/99   JWS Order approving stip. cc: cnsl

     8 -  1  11/08/99   PLF 1; DEF 1-2 Response to Order re: Initial case status report.

     9 -  1  12/02/99   JWS Scheduling and Planning Order setting pretrial ddln: Original disc
                        11/03/00; Disp mots ddln 12/04/00; 5 day TBJ estimate. cc: cnsl

    10 -  1  09/06/00   DEF 1-2 Joint Status Report.

    11 -  1  09/11/00   JWS Minute Order that pretrial ddlns suspended; joint prop schedule due
                        60 days after Ak Supreme Crt rules on 9CCA referral in N98-004 CV. cc:
                        cnsl

    12 -  1  06/11/02   JWS Minute Order that joint rpt due re: certification by 6/25/02. cc:
                        cnsl

    13 -  1  06/14/02   DEF 1-2 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart
                        (LANE).
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                  CIVIL DOCKET ENTRIES FOR CASE F99-0025--CV (JWS)           │
│                    "JOHN HARBRIGE V NORTH SLOPE BOROUGH ET AL"              │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 06/14/02 | DEF 1-2 Joint Status Report re: appeal status. |
| 15 - | 1 | 03/06/03 | JWS Minute Order that parties file stat rpt by 4/28/03. cc: cnsl |
| 16 - | 1 | 03/10/03 | DEF 1-2 Joint Status Report re: appeals status. |
| 17 - | 1 | 03/27/03 | DEF 1-2 Address Change Notice. |
| 18 - | 1 | 05/28/03 | PLF 1 Notice regarding Alaska Supreme Court decision of 5/16/03. |
| 19 - | 1 | 05/30/03 | JWS Minute Order that joint stat rpt due 6/30/03 re: concluding case. cc: cnsl |
| 20 - | 1 | 06/30/03 | DEF 1-2 Joint Status Report. |
| 21 - | 1 | 08/25/03 | JWS Minute Order that parties shall file joint stat rpt by 10/3/03 w/prop schedule for pre-trial activities. cc: cnsl |
| 22 - | 1 | 10/03/03 | DEF 1-2 Report re: status. |
| 23 - | 1 | 11/03/03 | JWS Minute Order adopting ddlns in stat rpt; disc to close 11/30/04; disp mots ddln 12/30/04. cc: cnsl |
| 24 - | 1 | 11/10/03 | PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees w/att memo. |
| 25 - | 1 | 11/12/03 | DEF 1-2 qualified non-opposition to PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees (24-1). |
| 26 - | 1 | 12/05/03 | JWS Minute Order terminating in light of this order: motion for order to bifurcate trial and/or otherwise establish procedure for (24-1); fees or cost awards related to appeal will be addressed at conclusion of case. cc: cnsl |
| 27 - | 1 | 07/27/04 | PLF 1; DEF 1-2 Stipulation for 60-day extension (until 10/1/04) to complete discovery. |
| 28 - | 1 | 07/29/04 | JWS Order approving stip for 60-day ext (until 10/1/04) to complete disc (27-1) & setting following dates: disp mots ddln is 11/01/04. cc: cnsl |
| 29 - | 1 | 09/21/04 | PLF 1 Witness List. |
| 30 - | 1 | 09/23/04 | PLF 1 motion partial Summary Judgment counts 1,2,3,4 and 5 with memorandum and support and exhibits A-C attached. |
| 31 - | 1 | 10/14/04 | DEF 1-2 Unopposed motion for extension of time until 10/27/04 to file opposition to plf's mot for partial sj. |
| 31 - | 2 | 10/15/04 | JWS Order granting Unopposed motion for extension of time until 10/27/04 to file opposition to plf's partial mot for sj (31-1).   cc: cnsl |
| 32 - | 1 | 10/15/04 | PLF 1 Witness List. |
| 33 - | 1 | 10/15/04 | PLF 1 Witness List. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F99-0025--CV (JWS)
              "JOHN HARBRIGE V NORTH SLOPE BOROUGH ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 10/21/04 | DEF 1-2 Expert Witness List. |
| 35 - 1 | 10/26/04 | DEF 1-2 opposition to PLF 1 motion partial Summary Judgment counts 1,2,3,4 and 5 (30-1). |
| 35 - 2 | 10/26/04 | DEF 1-2 motion to partially vacate summary judgment. |
| 36 - 1 | 11/01/04 | PLF 1 reply to opposition to PLF 1 motion partial Summary Judgment counts 1,2,3,4 and 5 (30-1). |
| 36 - 2 | 11/01/04 | PLF 1 opposition to DEF 1-2 motion to partially vacate summary judgment (35-2). |
| 37 - 1 | 11/10/04 | DEF 1-2 Notice to court re: reply to oppo to defs' mot to partialy vacate sj. |
| 38 - 1 | 12/14/04 | JWS Order denying mot to partially vacate sj (35-2); granting mot part sj on clms 1-3 (30-1); denying mot for sj on clms 4 & 5 w/leave to renew (30-1). cc: cnsl |
| 39 - 1 | 12/30/04 | DEF 2 motion for summary judgment w/att exhs. |
| 40 - 1 | 01/07/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 41 - 1 | 01/20/05 | PLF 1 motion to extend time to 02/03/05 for filing of opposition. |
| 42 - 1 | 01/24/05 | JWS Order granting motion to extend time to 02/03/05 for filing of opposition (41-1). cc: cnsl |
| 43 - 1 | 01/24/05 | DEF 1-2 non-opposition to mot for ext of time to file oppo to mot for sj. |
| 44 - 1 | 02/03/05 | PLF 1 opposition to DEF 2 motion for summary judgment with exhibits attached (39-1). |
| 44 - 2 | 02/03/05 | PLF 1 motion (cross) for summary judgment against defendant Nageak w/att exhs. |
| 45 - 1 | 02/09/05 | JWS Minute Order that rpt re: readiness for trial not fld; rpt due w/i 15 days. cc: cnsl |
| 46 - 1 | 02/09/05 | DEF 1-2 Unopposed motion for extension of time until 2/22/05 to file reply to plaintiff's opposition to defendant's motion for summary judgment & to file opposition to plaintiff's cross-motion for summary judgment. |
| 46 - 2 | 02/10/05 | Order granting unoppo mot for ext of time until 2/22/05 to file reply to plf's oppo to def's mot for sj & to file oppo to plf's cross-mot for sj (46-1). cc: cnsl |
| 47 - 1 | 02/15/05 | PLF 1; DEF 1-2 Response to Order: re readiness for trial and trial date setting,suggested times for trial,week of May 31,2005 the month of June(except week of June 20,2005) the month of July(except July 1-16,2005) and month of August. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE F99-0025--CV (JWS)
                          "JOHN HARBRIGE V NORTH SLOPE BOROUGH ET AL"

                                     For all filing dates
```

```
Document #    Filed       Docket text

   48 -    1  02/15/05    PLF 1 Notice to court of Plaintiff Harbrige's advice of counsel re;
                          filing of certification of readiness for trial.

   49 -    1  02/22/05    JWS Order for pre-trial proceedings & FPTC set 8:30 a.m. @ 8/1/05 @
                          Fairbanks, Alaska; TBJ set 9:00 a.m. on 8/1/05 @ Fairbanks, AK; exh
                          review  w/clk by 6/6/05. cc: cnsl, Divisional Deputy, JC

   50 -    1  02/22/05    DEF 2 reply to opposition to DEF 2 motion for summary judgment (39-1).

   50 -    2  02/22/05    DEF 2 opposition to PLF 1 motion (cross) for summary judgment against
                          defendant Nageak (44-2).

   51 -    1  03/01/05    JWS Order re: req for settl conf; sealed settl conf memos to be lodged
                          w/chambers of MJ Branson by 4/11/05; settl conf set 4/20/05 @ 9:00 a.m.
                          @ Fairbanks, AK, before MJ Branson. cc: cnsl, MJ Branson

   52 -    1  04/05/05    JWS Order denying mot (cross) for sj against def Nageak (44-2); granting
                          mot for sj (39-1). cc: cnsl

   53 -    1  04/12/05    PLF 1 Notice to the court of outside settlement conference to be held
                          05/03/05 in Anchorage.

   54 -    1  05/17/05    DEF 1-2 Advice to crt of settl; stip for dismissal w/prej to be fld.

   55 -    1  05/18/05    JWS Minute Order vacating the 8/1/05 FPTC & TBJ; closing papers or stat
                          rpt due 6/6/05. cc: cnsl, JC, ECR, Divisional Deputy

   56 -    1  06/03/05    DEF 1-2 Report to court.

   57 -    1  06/15/05    PLF 1; DEF 1-2 Stipulation for an order for payment of attorneys fees
                          and costs.

   58 -    1  06/17/05    JWS Order approving stip for an ord for payment of attys fees & costs
                          (57-1). cc: cnsl

   59 -    1  08/02/05    PLF 1; DEF 1-2 Stipulation for dismissal w/prej.

   59 -    2  08/04/05    JWS Order approving stip for dismissal w/prej (59-1). cc: cnsl
```